**Order entered October 30, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01045-CR**
**No. 05-18-01046-CR**

## EX PARTE DAVIS NOE PEREZ

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-04225-2018, 366-04247-2018**

## ORDER

On October 3, 2018, counsel for appellant filed motions to dismiss these appeals. The motions were signed by counsel, but not signed by appellant as required by the rules of appellate procedure. *See* TEX. R. APP. P. 42.2(a). The Court entered an October 8, 2018 order denying the motions to dismiss without prejudice to refiling motions that conform to the rules of appellate procedure. The Court's order indicated that if motions to dismiss that conform to the rules were not filed within fourteen days, the Court would abate these appeals so that the trial court could determine the status of the appeals. To date, appellant has not filed new motions to dismiss or otherwise communicated with the Court.

We therefore **ORDER** the trial court to conduct a hearing to determine the status of these appeals. The trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals; if applicable, why motions to dismiss that

conform to the rules of appellate procedure have not been filed; whether the appeals should be dismissed as moot; and whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. If appellant is indigent and entitled to representation, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

/s/      CRAIG STODDART
         JUSTICE